Ryan K. Marden (SBN 217709)
**Marden Law, Inc.**
18012 Cowan, Suite 200
Irvine, CA 92614
(714) 822-4450
rmarden@marden-law.com

Attorney for Plaintiff
BEVERLY P. CRAFT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY P. CRAFT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GENERAL MOTORS, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO: 5:24-CV-00089-SSS-SHK<br><br>**JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT**:

　　The parties successfully settled this matter.  The parties are finalizing a written settlement agreement which will require all terms to be satisfied within 60 days of signature.  Accordingly, the parties expect to file a dismissal of this action on or before November 27, 2024.

DATED:  September 27, 2024　　　　MARDEN LAW, INC.


　　　　　　　　　　　　　　　　　　　*/s/Ryan K. Marden*
　　　　　　　　　　　　　　　　　　　Ryan K. Marden
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

DATED: September 27, 2024          PARK, LAWLESS & TREMONTI

*/s/Steven Park*
Steven Park
Attorney for Defendant
General Motors, LLC