Ryan K. Marden (SBN 217709)
**Marden Law, Inc.**
18012 Cowan, Suite 200
Irvine, CA 92614
(714) 822-4450
rmarden@marden-law.com

Attorney for Plaintiffs

BEVERLY P. CRAFT,

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY P. CRAFT,<br><br>    Plaintiffs,<br><br>    vs.<br><br>GENERAL MOTORS, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO:. 5:24-CV-00089-SSS-SHK<br><br>**JOINT MOTION TO DISMISS** |

**TO THE COURT**:

The parties jointly, by and through their counsel of record, hereby request that the matter be dismissed with prejudice. The parties have executed a settlement agreement and all parties have satisfied their obligations under the terms of the settlement agreement.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DATED: November 19, 2024    MARDEN LAW, INC.


*/s/Ryan K. Marden*
Ryan K. Marden
Attorney for Plaintiffs

BEVERLY P. CRAFT

DATED: November 19, 2024    PARK, LAWLESS & TREMONTI


*/s/Steven Park*
Steven Park
Attorney for Defendant
General Motors, LLC